1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**E-FILED on** ___1/15/08___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CYGNUS TELECOMMUNICATIONS
TECHNOLOGY, LLC,

      Plaintiff,

v.

WORLDPORT COMMUNICATIONS, INC.,
INTERCONTINENTAL EXCHANGE, INC.,
TELENATIONAL CORP., MILTEL, and
WORLDPORT/ICX, INC.,

      Defendants.

AND

CYGNUS TELECOMMUNICATIONS
TECHNOLOGY, LLC,

      Plaintiff,

v.

DIAL-THRU INTERNATIONAL,

      Defendant.

No. C-02-00144 RMW

ORDER CONTINUING HEARING ON
PLAINTIFF'S MOTION FOR PRELIMINARY
INJUNCTION

No. C-02-00142 RMW

      PLEASE TAKE NOTICE that, on the court's own motion, PLAINTIFF'S MOTION FOR

PERMANENT INJUNCTION, previously set for January 18, 2008, has been continued to February

22, 2008 at 9 a.m. Unless notified that the matter will be submitted without argument, the parties

are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S.

Courthouse, 280 South First Street, San Jose, California.

DATED: _____1/15/08_____

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

John P. Sutton             johnpsutton@earthlink.net

**Counsel for Defendants:**

Robert L. Esensten         resensten@wcclaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**         1/15/08                           /s/ MAG
                                                    **Chambers of Judge Whyte**