**E-FILED on** 2/21/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WORLDPORT COMMUNICATIONS, INC., INTERCONTINENTAL EXCHANGE, INC., TELENATIONAL CORP., MILTEL, and WORLDPORT/ICX, INC.,<br><br>　　　　　Defendants.<br><br>AND<br><br>CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DIAL-THRU INTERNATIONAL,<br><br>　　　　　Defendant. | No. C-02-00144 RMW<br><br>ORDER DEEMING MOTION SUBMITTED ON THE PAPERS<br><br><br><br><br><br><br><br>No. C-02-00142 RMW<br><br>ORDER DEEMING MOTION SUBMITTED ON THE PAPERS |

ORDER DEEMING MOTION SUBMITTED ON THE PAPERS – No. C-02-00144 RMW
MAG

On the court's own motion, plaintiff's Motion for Permanent Injunction, currently set for hearing on February 22, 2008 is deemed submitted on the papers. N.D. Cal. Civil L.R. 7-1(b). No appearance is necessary; no hearing will be held. The court will issue an order on the motion shortly.

DATED: 2/21/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

John P. Sutton          johnpsutton@earthlink.net

**Counsel for Defendants:**

Robert L. Esensten      resensten@wcclaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   2/21/08                              /s/ MAG
                                          **Chambers of Judge Whyte**